## Case No. 1,771.

### BRADISH v. The FRIENDSHIP.

SHIPPING—EMBEZZLEMENT OF CARGO — CONTRIBUTION BY CREW.

[Cited in Abb. Shipp. 653, note, to the point that all the seamen on a vessel have been held liable to contribution for embezzlements from the cargo, where there was no reason to impute to them any participation in the act or the plunder. Nowhere reported; opinion not now accessible.]